[NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT

 

No. 97-1505

 UNITED STATES,

 Appellee,

 v.

 JOHN A. FUSCO,

 Defendant, Appellant.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF RHODE ISLAND

 [Hon. Mary M. Lisi, U.S. District Judge] 

 

 Before

 Torruella, Chief Judge, 
 Selya and Stahl, Circuit Judges. 

 

Randy Olsen on brief for appellant. 
Sheldon Whitehouse, United States Attorney, Margaret E. Curran 
and Charles A. Tamuleviz, Assistant United States Attorneys, on brief 
for appellee.

 

 December 1, 1997
 

 Per Curiam. Upon careful review, we reject appellant's 

contention that, in sentencing him on revocation of

probation, the district court was bound by a downward

departure granted during appellant's original sentencing.

The plain language of the applicable statute, 18 U.S.C. 

3565(a)(2), does not support that contention. See United 

States v. Plunkett, 94 F.3d 517, 519 (9th Cir. 1996); United 

States v. Redmond, 69 F.3d 979, 981-82 (9th Cir. 1995). 

Appellant's reliance on United States v. Granderson, 511 U.S. 

39, 57 n.15 (1994), is misplaced. See United States v. Byrd, 

116 F.3d 770, 774 (5th Cir. 1997).

 Affirmed. See 1st Cir. Loc. R. 27.1. 

 -2-